# EXHIBIT A

## WAIVER AND GENERAL RELEASE

**KNOW THAT I, TROY SIDDONS**, a Plaintiff in the proceeding entitled <u>Troy Siddons, et.al. v. City of New York, et al.</u>, 15 CV 1198 (RRM)(PK), filed in the United States District Court, Eastern District of New York, in consideration of the payment of Seventeen Thousand Six Hundred Fifty Dollars and Zero Cents ($17,650.00) from the City of New York, do hereby waive, release and discharge Defendants THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF CORRECTION ("DOC"), THE NEW YORK CITY DEPARTMENT OF HEALTH AND MEN TAL HYGIENCE ("DOHMH"), RIKERS ISLAND CORRECTIONAL FACILITY, ANNA M. KROSS CENTER (AMKC), DOC COMMISSIONER JOSEPH PONTE, DOC ASSISTANT COMMISSIONER PATRICIA FEENEY, AMKC MEDICAL CLINIC/FACILITY, WEST MEDICAL CLINIC/FACILITY, CORIZON HEALTH, INC., DOCTOR YUNGDO PARK, DOCTOR JOON B. PARK, DOC OFFICER FRANCIS THOMAS, SHIELD/TAX ID# 15943, DOC OFFICER CAPTAIN RICKY JOGIE, SHIELD/TAX ID# 817, DOC OFFICER ASSISTANT DEPUTY WARDEN SHERMA DUNBAR, SHIELD/TAX ID#I041, DOC OFFICER "JOHN" CAMPBELL, DOC OFFICER CAPTAIN "JANE" BOWEN, DOC OFFICER CAPTAIN TIMOTHY JOHNSON, SHIELD/TAX ID# 1065, DOC OFFICER "JANE" WILSON, DOC OFFICER LINCOLN HANSON, SHIELD/TAX ID#13102, DOC OFFICER "JOHN" HENESEN A/KIA "HENSEN" and "JOHN" AND "JANE" DOES, their successors or assigns; NYC Health + Hospitals, Corizon, Inc., their successors or assigns, and all present and former officials, employees, representatives, agents and affiliates of the City of New York, DOC, DOHMH, NYC Health + Hospitals, Corizon Health, Inc., Corizon, Inc., and/or any entity represented by the Office of

Corporation Counsel, their successors or assigns, from any and all liability, claims, demands, causes of action, obligations, damages, grievances and liabilities whatsoever of every kind and nature, at law or in equity, whether joint or several, whether known or unknown, and whether or not discoverable, which I may have resulting from anything which has happened from the beginning of the world up to now, including, but not limited to, any and all liability, claims, or rights of action which were or could have been alleged by me in the aforementioned action arising out of the events alleged in the complaint, an amended complaint or a cross-complaint in this action and including but not limited to all claims for attorneys' fees, expenses, and costs.

This WAIVER AND GENERAL RELEASE may not be changed orally.

**THE UNDERSIGNED HAS READ THE FOREGOING WAIVER AND GENERAL RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF**, I have executed this Waiver and Release this

_____31st_____ day of May, 2017.

_____
TROY SIDDONS

STATE OF NEW YORK

                                                    ss:

COUNTY OF QUEENS

On May _____31_____, 2017, before me personally came **TROY SIDDONS**, to me known, and known to me to be the individual described in, and who executed the foregoing WAIVER AND GENERAL RELEASE, and duly acknowledged to me that he executed the same.

Sworn to before me this
_____31st_____ day of May, 2017.

HEATHER M. BENNETT
Notary Public, State of New York
No. 01BE6218793
Qualified in Suffolk County
My Commission Expires 3/8/18

_____

NOTARY PUBLIC