Docket No.: 17-cv-04017-LDH-RLM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TROY SIDDONS,

                                Plaintiff,

    -against-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF CORRECTIONS, RIKERS ISLAND CORRECTIONAL FACILITY, OTIS BANTUM CORRECTIONAL CENTER, NEW YORK CITY DEPARTMENT OF CORRECTIONS COMMISSIONER JOSEPH PONTE, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER "JOHN" SHAW, SHIELD # 14566, first name being fictitious and known to the New York City Department of Corrections/Rikers Island/Otis Bantum Corrections Center, Individually and in his official capacity as a New York City Department of Corrections Officer, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER "JOHN" HALL, SHIELD #8829, first name being fictitious and known to the New York City Department of Corrections/Rikers Island/Otis Bantum Corrections Center, Individually and in his official capacity as a New York City Department of Corrections Officer, NEW YORK CITY DEPARMTENT OF CORRECTIONS OFFICER "JOHN" JACKSON, SHIELD #7919, first name being fictitious and known to the New York City Department of Corrections/Rikers Island/Otis Bantum Corrections Center, Individually and in his official capacity as a New York City Department of Corrections Officer, NEW YORK CITY DEPARTMENT OF CORRECTIONS CAPTAIN "JOHN" NIEVES, first name being fictitious and known to the New York City Department of Corrections/Rikers Island/Otis Bantum Corrections Center, Individually and in his official capacity as a New York City Department of Corrections Officer, NEW YORK CITY DEPARTMENT OF CORRECTIONS COMMANDER "JOHN" JOHNSON, SHIELD #1023, first name being fictitious and known to the New York City Department of Corrections/Rikers Island/Otis Bantum Corrections Center, Individually and in his official capacity as a New York City Department of Corrections Officer, and "JOHN" AND "JANE DOES", names being fictitious intended to be employees, agents, servants, licensees, contractors, officers and corrections officers of the City of New York, of the New York City Department of Corrections, of Rikers Island Correctional Facility, of Otis Bantum Correctional Center,

                                Defendants.
-------------------------------------------------------------------------X

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S LETTER REQUEST FOR PRE-MOTION CONFERENCE AND RESPONSE TO 56.1 STATEMENT**

**DRUMMOND & SQUILLACE, PLLC**
Attorneys for Plaintiff
**TROY SIDDONS**
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050